**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02139-LTB-KLM

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Plaintiff,

v.

ALSTOM POWER, INC.,
TIC - THE INDUSTRIAL COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,

    Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


    Defendant Zurich American Insurance Company's Unopposed Motion for Leave to File an Amended Answer to Plaintiff St. Paul Fire and Marine Insurance Company's Complaint and Amended Counterclaims and CrossClaims for Declaratory and Other Relief is GRANTED.



Dated: December 29, 2008
_____