IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02139-LTB-KLM

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

    Plaintiff,

v.

ALSTOM POWER, INC.,
TIC - THE INDUSTRIAL COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Zurich American Insurance Company's Unopposed Motion to Amend Scheduling Order** [Docket No. 81; Filed January 13, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Court will amend the deadlines as proposed by the Motion but has adjusted the dates slightly, as several of the dates suggested did not fall on business days.  The Scheduling Order entered on March 5, 2009 [Docket No. 42] and amended October 22, 2010 [Docket No. 62], is amended again to extend the following deadlines:

- Claimants' Expert Disclosure Deadline    **April 1, 2010**
- Defendants' Expert Disclosure Deadline    **April 15, 2010**
- Rebuttal Expert Disclosure Deadline    **May 3, 2010**
- Discovery Cut-Off    **May 17, 2010**
- Dispositive Motions Deadline    **June 1, 2010**

Dated:  January 14, 2010