IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  08-cv-02139-LTB-KLM

ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

      Plaintiff,

v.

ALSTOM POWER, INC.,
TIC - THE INDUSTRIAL COMPANY,
ZURICH AMERICAN INSURANCE COMPANY,

      Defendants.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal of All Claims and Entire Action, With Prejudice (Doc 142 - filed July 11, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:


                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   July 13, 2011